UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SERGEY ILNITSKY,

Plaintiff,

v.                                                              Case No. 11-61164-CIV-COHN/SELTZER

REDLINE RECOVERY SERVICES, LLC,

Defendant.
_____/

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: June 27, 2011                    Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail:  AGlenn@cardandglenn.com
Florida Bar No.:  577261
J. Dennis Card, Jr., Esq.
E-mail:DCard@cardandglenn.com
Florida Bar No.  0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff