UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61164-CIV-COHN/SELTZER

SERGEY ILNITSKY,

       Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,

       Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff Sergey Ilnitsky's Notice of Voluntary Dismissal With Prejudice [DE 5]. Having reviewed the notice and the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in the above-captioned action are **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 27th day of June 2011.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF